ROTHMILLER, Respondent, v. STEIN, Appellant. (Common Pleas of New York City and County, General Term. August 1, 1894.) Action by Adolph Rothmiller against Theodore G. Stein, Jr. U. J. M. Guggenheimer, for appellant. Kohn, Ruck & Lippmann, for respondent. No opinion. Motion for leave to appeal to the court of appeals granted. See 29 N. Y. Supp. 707.

ROWELL et al., Appellants, v. JANVRIN, Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by George P. Rowell and others against Joseph E. Janvrin. No opinion. Judgment affirmed, with costs. See 23 N. Y. Supp. 481.

ROWELL et al., Appellants, v. LAMBERT, Respondent. (Supreme Court, General Term. First Department. June 15, 1894.) Action by George P. Rowell and others against Edward W. Lambert. No opinion. Judgment affirmed, with costs. See 20 N. Y. Supp. 822.

ROWELL et al., Appellants, v. TUCK, Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by George P. Rowell and others against Henry Tuck. No opinion. Judgment affirmed, with costs.

ROWELL et al., Appellants, v. WINSTON, Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by George P. Rowell and others against Gustavus S. Winston. No opinion. Judgment affirmed, with costs.

SAXTON, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Superior Court of New York City, General Term. July 2, 1894.) Action by James Saxton against the New York Elevated Railroad Company and another. Davies, Short & Townsend, for appellants. E. W. Tyler, for respondent.

PER CURIAM. The judgment should be affirmed, with costs.

SCHAAD, Respondent, v. EDEBOHLS, Appellant. (Superior Court of New York City, General Term. July 2, 1894.) Action by Leocadia Schaad against George M. Edebohls. Purrington & Shannon, for appellant. G. B. Boyd, for respondent.

FREEDMAN, J. The complaint states but one cause of action, and it is sufficiently definite and certain. If the defendant had complained of the prolixity and redundancy of the complaint, he might have have met with better success. What he really sought to obtain was the particulars of certain allegations, and his remedy for that purpose was by motion for a bill of particulars. The order should be affirmed, with $10 costs and disbursements.

SCHECKER, Appellant, v. WOOLSEY, Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by William H. Schecker against Edward J. Woolsey. A. B. Cruikshank, for appellant. W. W. Culver, for respondent. No opinion. Order modified by allowing service of answer as proposed, and affirmed as modified, without costs.

SCHWANN et al., Respondents, v. CLARK, Appellant. (Common Pleas of New York City and County, General Term. August 1, 1894.) Action by John Frederick Schwann and others against George W. Clark. Parsons, Shepard & Ogden, for appellant.

Hinrich J. Rudolph, for respondents. No opinion. Motion for leave to appeal to the court of appeals denied, with costs. See 29 N. Y. Supp. 289.

SHAMPAGNE, Respondent, v. BURK, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Wilbert Shampagne against Patrick Burk. No opinion. Judgment of the county court of Monroe county appealed from affirmed, with costs.

SHEPARD et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Superior Court of New York City, General Term. July 2, 1894.) Action by Robert Fitch Shepard and others against the Metropolitan Elevated Railway Company and others. Davies & Rapallo, for appellants. E. W. Tyler, for respondents. No opinion. The judgment herein must be affirmed, with costs.

SHERMAN, Respondent, v. ROBERTSON, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Walter H. Sherman against Julius Robertson. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

SHERWOOD, Respondent, v. CRANE, Appellant. (City Court of New York, General Term. June 20, 1894.) Action by Grace Sherwood against William H. Crane. Rose & Putzel, for appellant. Howe & Hummel, for respondent.

FITZSIMONS, J. Was plaintiff's engagement for the run of the play only, or was it for the season, which plaintiff says that defendant's representative stated to her to be for the term from January 30th to the following June 1st? That is a question of fact, and was properly submitted by the trial justice to the jury. Their finding in plaintiff's favor upon that question is conclusive, and has ample evidence to sustain it. Finding no error, we affirm the judgment, with costs.

SMITH et al., Appellants, v. AMERICAN TURQUOISE CO., Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Alfred H. Smith and another against the American Turquoise Company. F. Bien, for appellants. J. F. Horan, for respondent. No opinion. Appeal dismissed, with $10 costs. See 28 N. Y. Supp. 329.

SMITH, Respondent, v. SEYMOUR, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Irving Smith against Charles A. Seymour. C. A. Boston, for appellant. A. F. Cushman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. WEAVER, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Vernon E. Smith against Anna. B. Weaver. No opinion. Judgment of the county court of Chautauqua county appealed from affirmed, with costs.

SNOW, Respondent, v. BUFFALO CREEK R. CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Julia Snow, as administratrix, etc., of Israel Snow, deceased, against the Buffalo Creek Railroad Company, impleaded, etc. No opinion. Order appealed from affirmed, with $10 costs and disbursements.